SAMUEL G. WHEELER & another *vs.* ALONZO V. LYNDE.

An attorney at law who stamps his name upon the back of a writ in favor of a resident of another state in these words, " From the office of A. B.," is liable as indorser.

SCIRE FACIAS against an attorney at law, as indorser of a writ. At the trial in the superior court, it appeared that the defendant made a writ against the plaintiffs, in favor of residents of another .state; that on the back thereof the words " From the office of A. V. Lynde " were stamped, either by the defendant, or by his authority; that he caused the action to be entered in court; that judgment therein was rendered for the present plaintiffs ; and that execution issued for costs,.but was returned unsatisfied. There was no evidence to show that the defendant intended to become liable as indorser. Upon these facts, *Morton*, J. ruled that the plaintiffs were entitled to recover, and a verdict was returned accordingly. The defendant alleged exceptions.

*S. J. Thomas*, for the defendant.

*G. H. Preston*, for the plaintiffs, was not called upon.

BY THE COURT. This case is settled by former decisions. *Slate* v. *Ackley*, 8 Cush. 98., *Seagrave* v. *Erickson*, 11 Cush. 89. It is immaterial that the defendant put his name on the back of the original writ by a stamp instead of writing it with a pen. It was his signature, and subjected him to the legal liabilities of an indorser. Even a third party would be liable to indictment for forgery, for simulating a signature affixed by printing or a stamp. *Commonwealth* v. *Ray*, 3 Gray, 441.

*Exceptions overruled.*